UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 SEP -9 AM 11:12

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JULIO CESAR JASSO-RAMOS,<br><br>　　　　　　　　　Defendant. | CASE NO. 13CR2747-DMS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal without prejudice; or

_____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

　　　21 USC 952 and 960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 6, 2013

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE